JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| LAWRENCE HARRELL,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | No. 5:24-cv-00392-KES<br><br>**JUDGMENT** |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: April 12, 2024

_____
HONORABLE JUDGE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE