# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lawrence Harrell,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>Martin O'Malley, Commissioner of Social Security,<br><br>　　　Defendant. | Case No. 5:24-cv-00392-KES<br><br>|~~PROPOSED~~| ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of EIGHT HUNDRED FIFTY-SIX DOLLARS AND 17/100 ($856.17) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

　　IT IS SO ORDERED.


DATE: July 12, 2024　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. KAREN E. SCOTT
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE